| REVISIONS |
|---|
| Remington Vernick and Vena Eng. 4-10-2008 |
| Remington Vernick and Vena Eng. 5-01-2008 |
| Remington Vernick and Vena Eng. 12-20-2010 |
| Remington Vernick and Vena Eng. 12-2014 |
| Remington Vernick and Vena Eng. 11-09-2015 |
| Remington Vernick and Vena Eng. 5-12-2017 |
| Remington Vernick and Vena Eng. 6-29-2017 |
| Remington Vernick and Vena Eng. 7-26-2017 |

# ZONING MAP

## TOWNSHIP OF JACKSON

### OCEAN COUNTY, NEW JERSEY

N
W E
S

PA
MI
FA-1
FA-2
FA-6
PV
RD-9
RD
RD-1
RG-2
RG-3
PM-1
PED-9
PED-1
PRC
CR-1
CR-2
ROS
HC
LM
MUNC/LM
MUNC/HC
PMURD
MR-AH-8
MF-AH-6
MF-AH-7
MHP
PFE
R-1
R-3
R-5
R-9
R-15
R-20
R-30
AR
NC
LC
MF
PVC-1
PVC-2

0 2,500 5,000 10,000 15,000
Feet

**Zoning Legend**

Air Installation Compatible Use Planning District Overlay
Conservation Planning District Overlay
Tax Parcel

**Jackson Township Zoning**

- AR Agricultural Retention
- CR-1 Commercial Recreation 1
- CR-2 Commercial Recreation 2
- HC Highway Commercial
- I Industrial
- LC Limited Commercial
- LM Light Industrial/Office/Manufacturing
- MF Multi Family
- MF-AH-6 Multi Family Affordable Housing (6 DU/Acre)
- MF-AH-7 Multi Family Affordable Housing 7 Zone
- MHP Mobile Home Park
- MR-AH-8 Mixed Residential-Affordable Housing-8 Zone
- MUNC/HC, Mixed-Use Neighborhood Center/Highway Commercial
- MUNC/LM, Mixed-Use Neighborhood Center/Light Industrial
- NC Neighborhood Commercial
- PFE Public Facilities and Education
- PMURD Planned Mixed Unit Residential Development
- PRC Planned Retirement Community
- R-1 Single Family Residential (Low Density)
- R-2 Rural Residential
- R-3 Rural Residential
- R-5 Restricted Residential
- R-9 Single Family Residential (Medium Density)
- R-15 Single Family Residential (Medium Density)
- R-20 Single Family Residential (Medium Density)
- R-30 Single Family Residential (Moderate Density)
- ROS Recreation and Open Space
- PED-1 Planned Environmental Development

**Pinelands Zoning**

- FA-1 Forest Area
- FA-2 Forest Area
- FA-6 Forest Area
- MI Military Installation
- PA Preservation
- PED-9 Planned Environmental Development
- PM Pinelands Manufacturing
- PV Pinelands Village
- PVC-1 Pinelands Village Commercial
- PVC-2 Pinelands Village Commercial
- RD Rural Development
- RD-1 Rural Development
- RD-9 Rural Development
- RG-2 Regional Growth
- RG-3 Regional Growth
- RGC-1 Regional Growth Commercial
- RGC-2 Regional Growth Commercial
- Jackson Pinelands Area Boundary

NOTES:
1.) THE CONSERVATION AND AIR INSTALLATION COMPATIBLE USE PLANNING DISTRICT OVERLAYS IN THE PINELANDS AREAS ARE PROVIDED FOR INFORMATIONAL REFERENCE ONLY. THERE ARE NO ORDINANCE REGULATIONS ASSOCIATED WITH EITHER OVERLAY IN THE PINELANDS AREAS."

2.) PINELANDS ZONING CHANGES AS PROPOSED IN THE 2009 MASTER PLAN PENDING BEFORE THE PINELANDS COMMISSION.

Zoning data prepared by Ragan Design Group Planning, LLC;
November 8, 2004 per Jackson Township Ordinance 40-04;
February 14, 2005 revised per Jackson Township Ordinance 06-05;
April 15, 2005 Pinelands Commission Resolution # PC4-05-22;
July 11, 2005 per Jackson Township Ordinance 28-05;
March 27, 2006 per Jackson Township Ordinance 07-06, pending Pinelands Commission Approval;
Amended by Jackson Township Ordinance No. 07-06 amending Chapter 109, Article IV, VI, XI, and Article VII (Pinelands Area Requirements) of the Municipal Land Use and Development Code of the Township of Jackson (Introduced and passed on the first reading March 13, 2006; Second reading, final passage and adoption March 27, 2006);
Amended by Jackson Township Ordinance No. 04-08 amending Chapter 109, Article IV, VI, XI, and Article XII of the Municipal Land Use and Development Code of the Township of Jackson (Introduced and passed on the first reading January 3, 2008; Second reading, final passage and adoption January 22, 2008).
Amended by Jackson Township Ordinance No. 10-17 amending Chapter 244, Article VI of the Land Use and Development Regulations, entitled Non-Pinelands Area Zoning District Regulations (Introduced and passed on the first reading May 23, 2017; Second reading, final passage and adoption June 13, 2017).
Amended by Jackson Township Ordinance No. 12-17 amending Chapter 244, Section 42 of the Land Use and Development Regulations, entitled List of Zones (Introduced and passed on the first reading July 25, 2017; Second reading, final passage and adoption August 22, 2017).
Amended by Jackson Township Ordinance No. 13-17 amending Chapter 244, Section 42 of the Land Use and Development Regulations, entitled List of Zones (Introduced and passed on the first reading July 25, 2017; Second reading, final passage and adoption August 22, 2017).
Amended Jackson Twp. Zoning Map, on July 26, 2017, by removing the un-adopted Ordinance 6-15, which was to establish the JBMDL zoning designation.

Revised in accordance with the 2009 Master Plan Land Use Plan Map LU-6, (as provided by the Alaimo Group, Mount Holly, NJ) for all parcels outside the Pinelands Area, and as amended by Ordinances Numbers 27-10, 28-10, 29-10, 30-10, 31-10, 32-10, 33-10, 34-10, 35-10, amending Chapter 109, Articles II, and VI, of the Municipal Land Use and Development Code of the Township of Jackson (Introduced on the first reading October 12, 2010. Second reading, final passage and adoption November 9, 2010.)

Tax parcel data developed by Civil Solutions, a division of ARH, updated and maintained by Remington, Vernick & Vena Engineers; last revised March 3, 2017.

RVV
Remington, Vernick & Vena Engineers
9 Allen St.
Toms River, NJ 08753
(732) 286-9220, Fax: (732) 505-8416
Web Site Address: www.rve.com

DATE:
CRAIG F. REMINGTON
PROFESSIONAL PLANNER LIC. NO. 1877