# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

## CONFERENCE CALL INSTRUCTIONS FOR
## MAGISTRATE JUDGE DOUGLAS E. ARPERT

**ALL PARTICIPANTS DIAL: 1-888-684-8852**

**AT PROMPT ENTER ACCESS CODE: 3213610#**

**PARTICIPANTS CAN DIAL (*6) TO MUTE.**

**ALL PARTIES WILL BE JOINED AND THE CONFERENCE WILL COMMENCE WHEN JUDGE ARPERT JOINS THE CALL.**

**ALL COUNSEL SHOULD CONFER AT LEAST 24 HOURS IN ADVANCE OF THE CALL TO CONFIRM PARTICIPATION.**

**QUESTIONS CONCERNING THESE INSTRUCTIONS SHOULD BE DIRECTED TO CHAMBERS' EMAIL: "dea_orders@njd.uscourts.gov"**