AO 440 (Rev. 06/12) Summons in a Civil Action           **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS AND COMPLAINT** |
| EFFECTED (1) BY ME: | **PETER CERRUTO** |
| TITLE: | **PROCESS SERVER** |
| | DATE: **6/8/2020 11:55:58 AM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

JACKSON TWP., C/O GREGORY P. MCGUCKIN, ESQ.

Place where served:

DASTI, MURPHY, MCGUCKIN, ULAKY, KOUTSOURIS & CONNORS  620 WEST LACEY ROAD  FORKED RIVER  NJ  08731

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

GALE JOHNSON

Relationship to defendant   **ASSISTANT**

Description of Person Accepting Service:

SEX: F   AGE: 51-65   HEIGHT: 5'4"-5'8"   WEIGHT: 100-130 LBS.   SKIN: WHITE   HAIR: BLONDE   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . ____        SERVICES $ _____ . ____        TOTAL $ _____ . ____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 6 / 10 / 20 20          _____ L.S.

SIGNATURE OF PETER CERRUTO
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | KELLY HORAN FLORIO, ESQ. |
| PLAINTIFF: | UNITED STATES OF AMERICA |
| DEFENDANT: | TOWNSHIP OF JACKSON, ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 3 20 CV 06109 MAS DEA |
| COMMENT: | |

ROSEMARY RAMOS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 25, 2023