# STORZER & ASSOCIATES

A PROFESSIONAL CORPORATION

ROMAN P. STORZER
───────
SIEGLINDE K. RATH*
BLAIR LAZARUS STORZER**
ROBIN N. PICK***
  * Admitted in Maryland & N.J.
 ** Admitted in D.C., Maryland & Illinois
*** Admitted in California & Maryland

OF COUNSEL
ROBERT L. GREENE†
JOHN G. STEPANOVICH††
 † Admitted in N.Y.
†† Admitted in Virginia, N.Y. & Ohio (inactive)

1025 CONNECTICUT AVENUE, NORTHWEST
SUITE ONE THOUSAND
WASHINGTON, D.C. 20036

(202) 857-9766
FACSIMILE: (202) 315-3996

WWW.STORZERLAW.COM

BALTIMORE OFFICE:

9433 COMMON BROOK ROAD
SUITE 208
OWINGS MILLS, MD 21117

(410) 559-6325
FACSIMILE: (202) 315-3996

December 31, 2021

**VIA ECF**
Hon. Douglas E. Arpert, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, N.J. 08608

    Re:    *Agudath Israel of America, et al. v. Township of Jackson, New Jersey, et al.*
            Case No. 3-17-cv-03226

Your Honor:

    The undersigned is co-counsel for the Plaintiffs in the above referenced action. We are in receipt of the letter from the United States in the matter of *United States v. Township of Jackson, et al.*, Civil Action No 20-cv-6109, filed today with Your Honor.

    As both matters are consolidated for discovery purposes and fact discovery is scheduled to close on January 8, 2022, the Plaintiffs join in the request for a status conference to revise the discovery schedule.

Respectfully Submitted,

*/s/ Sieglinde Rath*

Sieglinde K. Rath

cc:    Counsel of record via ECF