**U.S. Department of Justice**

| | |
|---|---|
| United States Attorney's Office | Civil Rights Division |
| District of New Jersey | Housing and Civil Enforcement Section |

| | | | |
|---|---|---|---|
| *U.S. Mail:* | 970 Broad Street 7th Floor  Newark, New Jersey 07102 | *U.S. Mail and Overnight:* | 4 Constitution Square  150 M Street, NE, Suite 8000  Washington, DC 20530 |
| *Telephone:* | (973) 645-2700 | *Telephone:* | (202) 514-4713 |
| *Facsimile:* | (973) 645-2702 | *Facsimile:* | (202) 514-1116 |

June 15, 2022

**BY ECF**
The Honorable Michael A. Shipp
United States District Judge
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey  08608

 Re:  ***United States v. Township of Jackson et al.*,**
  **Civil Action No. 20-CV-6109 (MAS)(DEA)**

Dear Judge Shipp:

In lieu of a more formal motion, the parties jointly submit the attached proposed consent order for review and entry by the Court.  If approved by the Court, the entry of the proposed consent order would resolve the above-referenced action in full.  Counsel for all defendants have reviewed and consented to the filing of this letter and proposed consent order.

Respectfully submitted,

| | |
|---|---|
| Kristen Clarke | Philip R. Sellinger |
| Assistant Attorney General | United States Attorney |
| Civil Rights Division | District of New Jersey |
| By: /s *David Gardner* | By: /s *Kelly Horan Florio* |
| Sameena Shina Majeed | Kelly Horan Florio |
| Chief | Senior Civil Rights Counsel |
| Housing and Civil Enforcement Section | Civil Rights Division |
| Ryan G. Lee | |
| David Gardner | |
| Trial Attorneys | |
| Civil Rights Division | |