

**U.S. Department of Justice**

| United States Attorney's Office | Civil Rights Division |
|---|---|
| District of New Jersey | Housing and Civil Enforcement Section |

| *U.S. Mail:* | 970 Broad Street 7th Floor | *U.S. Mail and* | 4 Constitution Square |
|---|---|---|---|
| | Newark, New Jersey 07102 | *Overnight:* | 150 M Street, NE, Suite 8000 |
| *Telephone:* | (973) 645-2700 | | Washington, DC 20530 |
| *Facsimile:* | (973) 645-2702 | *Telephone:* | (202) 514-4713 |
| | | *Facsimile:* | (202) 514-1116 |

July 27, 2023

**BY ECF**
The Honorable Michael A. Shipp
United States Judge
District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:    *United States v. Township of Jackson et al.*,
                 Civil Action No. 20-CV-6109 (MAS)(JBD)

Dear Judge Shipp,

      Pursuant to Your Honor's July 20, 2023 Order in the above-referenced case (see Docket Entry 54), the United States respectfully submits this status letter on behalf of all parties. Since July 7, 2022, when Your Honor entered the Consent Decree in this case, the parties have been working to meet its requirements. To date, defendants have fulfilled their respective obligations under the Consent Decree[1] with the exception of the following, which are now overdue: (1) implementation of the complaint procedure required by Paragraph 33; (2) completion of training and signed statements of trainees required by Paragraph 34; and (3) provision of the second report required by Paragraph 35 (due on July 6, 2023). Defendants have indicated that they anticipate submitting the second report required by Paragraph 35 by July 28, 2023. The parties have also participated in two status conferences before Magistrate Judge Arpert regarding this case and the related private litigation entitled W.R. Property, LLC v. Jackson, 3:17-cv-03226 (MAS)(DEA).

      Thank you for Your Honor's consideration of this submission.

---

[1] This letter does not take into account Consent Decree deadline requirements that have not yet been triggered.

Respectfully submitted,

| | |
|---|---|
| Kristen Clarke<br>Assistant Attorney General<br>Civil Rights Division | Philip R. Sellinger<br>United States Attorney<br>District of New Jersey |
| By: *s/ David Gardner*<br>Carrie Pagnucco<br>Acting Chief<br>Housing and Civil Enforcement Section<br>Noah Sacks<br>David Gardner<br>Trial Attorneys<br>Civil Rights Division | By: *s/ Kelly Horan Florio*<br>Kelly Horan Florio<br>Senior Civil Rights Counsel<br>Civil Rights Division |